GEISENBERGER *et al. v.* HERMAN *et al.*

(*Supreme Court, General Term, First Department.* January 28, 1889.)

Appeal from special term, New York county.
Argued before VAN BRUNT, P J., and BRADY and MACOMBER, JJ.
*H. A. Root,* for appellant. *Blumenstiel & Hirsch,* for respondents.

BRADY, J. For the reasons stated in the decision of the case of *Kibbe* v *Herman, ante,* 852, (delivered herewith,) the order appealed from should be reversed, and the motion granted, with $10 costs and disbursements. All concur.